**Order filed February 28, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00055-CR

———————

## IN RE BRANDON RAY MORGAN, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1419351**

## ORDER

On January 25, 2021, relator Brandon Ray Morgan filed a motion for extension of time to file a petition for writ of mandamus. In the absence of a pending petition for writ of mandamus, this court does not have jurisdiction over a relator's motions. It is not necessary for relator to file a motion for extension time to file a petition for writ of mandamus in this court.

Accordingly, we dismiss relator's motion for extension of time to file a petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.